**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

Joseph Murphy,
Plaintiff,

v.

U.S. Water Services Corporation,
Defendants.

No. 26 CV 50130
Judge Iain D. Johnston

# ORDER

Before the Court is Magistrate Judge Iasparro's Report and Recommendation [28] that this Court approve the parties' settlement of plaintiff Joseph Murphy's claim under the Fair Labor Standards Act and dismiss the case. The parties propose settling Mr. Murphy's claims that the defendant failed to pay him the proper hourly and overtime rates for $37,000, which includes a fee award of $10,730.58. A court must determine whether the parties' proposed settlement of an FLSA claim "represents a fair and reasonable resolution of a bona fide dispute." *Salcedo v. D'Arcy Buick GMC, Inc.*, 227 F. Supp. 3d 960, 961 (N.D. Ill. 2016). Judge Iasparro determined that the parties' proposal is "fair and reasonable given the legal dispute between the parties and the inherent risk of litigation." This Court agrees, and no one has filed any objection contending otherwise. Accordingly, the Court accepts Judge Iasparro's Report and Recommendation [28], grants the parties' amended motion to approve the settlement [27], and pursuant to the parties' stipulation, dismisses the case under Fed. R. Civ. P. 41(a)(1)(A)(ii) with prejudice, with each side to bear its own costs and fees. The original motion to approve the settlement [21] is stricken as superseded by the amended motion. Civil case terminated.

Date: October 30, 2026

By: ______________________________
Iain D. Johnston
United States District Judge